# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>ARTHUR DION LONGEE,<br><br>　　　　　　Defendant. | CR-12-40-GF-BMM<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 14, 2020. (Doc. 123.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 14, 2020. (Doc. 119.) The United States accused Longee of violating his conditions of supervised release 1) by failing to report for substance abuse treatment; 2) by using methamphetamine; and 3) by failing to report for sex offender treatment. (Doc. 117.)

At the revocation hearing, Longee admitted to 1) by failing to report for substance abuse treatment; and 2) by using methamphetamine. Longee denied alleged violation 3. The Court dismissed alleged violation 3 on the government's motion in open court. (Doc. 119.) Judge Johnston found that Longee's violations warrant revocation, and recommended that Longee be incarcerated for 12 months with no supervised release to follow. (Doc. 123 at 4.) Longee waived his right to allocute before the undersigned and the 14 day right to appeal. (Doc. 119.)

The violations prove serious and warrant revocation of Longee's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 123) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Arthur Dion Longee be incarcerated for a term of 12 months, with no supervised release to follow.

DATED this 15th day of January, 2020.

_____
Brian Morris
United States District Court Judge