# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| UNITED STATES OF AMERICA, | Case No. CR 12-40-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER AMENDING JUDGMENT |
| ARTHUR DION LONGEE, | |
| Defendant. | |

Defendant Arthur Dion Longee having filed an Unopposed Motion to Amend the Judgment and good cause appearing;

IT IS HEREBY ORDERED that the Judgment (Doc. 125) shall be amended to read as follows:

"The Court recommends placement of Defendant at FCI Englewood, located in Littleton, Colorado."

DATED this 15th day of January, 2020.

_____
Brian Morris
United States District Court Judge